1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   HARRIET STRICKLEN,                    No. 2:16-cv-0804 TLN GGH PS
12              Plaintiff,
13        v.                               ORDER
14   KELLY SERVICES,
15              Defendant.
16

17        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed
18   an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a),
19   1915(a). Plaintiff states that she has received income from business, profession or other self-
20   employment within the last twelve months, and also rent payments. In the section of the form
21   where this income is to be explained, plaintiff has stated only: "aging mother pays 300/mo. rent."
22   (ECF No. 2 at 1.) Plaintiff has not explained her income from employment, including all monies
23   received within the last twelve months, with dates and amounts received.
24        Plaintiff will be provided the opportunity to submit either the appropriate affidavit in
25   support of a request to proceed in forma pauperis or the appropriate filing fee. If plaintiff submits
26   another affidavit, she must set forth precisely the amounts she receives from business, profession
27   or other employment, including the months of such receipt within the last twelve months.
28   ////

1

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Plaintiff shall submit, within twenty-one (21) days from the date of this order, either a
3   completed application and affidavit in support of her request to proceed in forma pauperis on the
4   form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
5   with this order will result in a recommendation that this action be dismissed; and
6   2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
7   Forma Pauperis.
8   Dated: June 1, 2016
9                           /s/ Gregory G. Hollows
10                     UNITED STATES MAGISTRATE JUDGE
11  GGH:076/Stricklen0804.ifp