| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET STRICKLEN, | No. 2:16-cv-0804 TLN GGH PS |
| Plaintiff, | |
| v. | ORDER |
| KELLY SERVICES, | |
| Defendant. | |

Pursuant to this court's order of June 2, 2016, plaintiff has re-submitted her application to proceed in forma pauperis with additional information to explain her sources of income, and the court finds that it is adequate. Accordingly, the request to proceed in forma pauperis will be granted.[1]

The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. The court cannot make this determination on the present record. Therefore, the court reserves decision on these issues until the record is sufficiently developed. On the present record,

---

[1] This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

plaintiff has stated a colorable claim for relief against defendant Kelly Services.

  Good cause appearing, IT IS ORDERED that:

  1. Plaintiff's request for leave to proceed in forma pauperis is granted.

  2. Service is appropriate for the following defendants:  Kelly Services.

  3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

  4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

  5. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall file a statement with the court that said documents have been submitted to the United States Marshal*. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

    d. One copy of this court's status order for each defendant; and

    e. One copy of the instant order for each defendant.

  6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

  7. If a defendant waives service, the defendant is required to return the signed waiver to the United States Marshal.  If the Marshal has already attempted personal service, the filing of an answer or a responsive motion will not relieve a defendant from the potential obligation to pay the costs of service pursuant to Federal Rule of Civil Procedure 4(d)(2).

  8. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal,

501 "I" Street, Sacramento, CA 95814, Tel. No. (916) 930-2030.

    9.  Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 110 and 183(a).

Dated: June 13, 2016

                              /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Stricklen0804.srv