UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET STRICKLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SERVICES,<br><br>　　　　Defendant. | No.  2:16-cv-0804 TLN GGH PS<br><br><br>ORDER |
| HARRIET STRICKLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0805 TLN KJN PS<br><br><br>ORDER |

　　Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort.  See Local Rule 123(a).  The actions will therefore be assigned to the same magistrate judge.

　　Pursuant to the regular practice of this court, the cases will be assigned to the magistrate judge to whom the first filed action was assigned.  Reassignment of the newer case merely has the

1

1  result that both actions are assigned to the same magistrate judge. No consolidation of the cases
2  is effected.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The action denominated as No. 2:16-cv-0805 TLN KJN PS is reassigned from
5  Magistrate Judge Newman to Magistrate Judge Hollows. Henceforth, the caption on all
6  documents filed in the reassigned case shall be shown as No. 2:16-cv-0805 TLN GGH PS; and
7        2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil
8  cases to compensate for this reassignment.
9  Dated: August 8, 2016

                            /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Stricklen0804.rel