UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET STRICKLEN, | No.  2:16-cv-0804 TLN GGH PS |
| Plaintiff, | |
| v. | ORDER |
| KELLY SERVICES, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action.  At the October 6, 2016 hearing in plaintiff's related case, Stricklen v. Johnson & Johnson, No. 2:16-cv-805, the issue of service of process on Kelly Services in the instant case was raised by the court, based on problems with acceptance of service by Kelly Services' agent, CT Corporation System.  See ECF Nos. 10, 13.  Joseph Connaughton, counsel for Johnson & Johnson and ALZA Corporation, indicated that he would also be representing Kelly Services in this case and stipulated to service of process of the complaint as of the date of the hearing.

Accordingly, IT IS ORDERED that:

1. Service of process of the complaint is deemed accepted.  Kelly Services shall file a response to the complaint within **thirty** days of this order.

////

////

2. The Clerk of the Court is directed to serve E. Joseph Connaughton, at Paul, Plevin, Sulivan & Connaughton, 101 West Broadway, 9th Floor, San Diego, CA 92101-8285, with a copy of this order.

Dated: October 6, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Stricklen0804.svc