**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| HARRIET STRICKLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SERVICES, INC., ET AL.<br><br>　　　　Defendant. | Case No. 2:16-cv-00804 GGH<br><br>**[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT KELLY SERVICES, INC. WITH PREJUDICE**<br><br>Magistrate:　Hon. Gregory G. Hollows<br>Courtroom:　9, 13th Floor |

# ORDER

The Court, having reviewed the parties' STIPULATION FOR DISMISSAL OF DEFENDANT KELLY SERVICES, INC. WITH PREJUDICE, and good cause appearing therefore, hereby orders that:

Defendant Kelly Services, Inc., and all claims brought against it in their entirety, is hereby dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 26, 2018

　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP